IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES E. MONK,
          Plaintiff,

v.                                            Civil Action No. 3:20-cv-518

DONALD W. GULICK, JR., et al.,
          Defendants.

## FINAL ORDER

On August 16, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 56.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 August 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge